**UNITED STATES of America,**
**Appellee,**

v.

**Diante L. BROADWAY, Appellant.**

**No. 08–2343.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 28, 2009.

Filed: Sept. 2, 2009.

Laine Cardarella, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

D. Michael Green, Rudolph R. Rhodes, IV, Asst. U.S. Attys., Kansas City, MO, for appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Diante L. Broadway appeals the fifty-two-month sentence that the District Court[1] imposed after granting the government's postjudgment motion under Rule 35(b) of the Federal Rules of Criminal Procedure to reduce Broadway's sentence based on substantial assistance.

This court lacks jurisdiction to review Broadway's sentence. *See United States v. Haskins,* 479 F.3d 955, 957 (8th Cir.

2007) (per curiam) (dismissing appeal where court lacked jurisdiction under 18 U.S.C. § 3742(a) to review a Rule 35(b) sentence reduction). Accordingly, we grant counsel's motion to withdraw, and we dismiss for lack of jurisdiction.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.